No. 94–1527. BARR LABORATORIES, INC. *v.* BURROUGHS WELLCOME CO.; and

No. 94–1531. NOVOPHARM, INC., ET AL. *v.* BURROUGHS WELL-COME CO. C. A. Fed. Cir. Certiorari denied.